IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Larry B. Jones, | ) | C/A No.: 1:15-4441-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Dr. Martinez; Mrs. Bowden; Victoria Bourdon; Mrs. Goodwin; Correct Care Recovery Solutions, D.M.H.; and Sharon Rice Brown, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

      Larry B. Jones ("Plaintiff"), proceeding pro se and in forma pauperis, filed this action alleging a violation of his constitutional rights. On November 6, 2015, the court ordered Plaintiff to provide the service documents necessary to advance his case. [ECF No. 7]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* Plaintiff did not file a response. The court issued a second order on December 8, 2015, asking Plaintiff to provide the service documents necessary to advance his case. [ECF No. 10]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* The time for response expired on January 4, 2016, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

January 19, 2016
Anderson, South Carolina

/s/ Timothy M. Cain
Timothy M. Cain
United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.