AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Larry B. Jones, | |
| *Plaintiff,* | ) |
| v. | )   Civil Action No.      1:15-cv-04441-TMC-SVH |
| NFN Dr. Martinez; NFN Bowden, Mrs.; Victoria | ) |
| Bourdon; NFN Mrs. Goodwin; Correct Care | ) |
| Recovery Solutions, D.M.H.; Sharon Rice Brown, | ) |
| *Defendant,* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____
recover costs from the plaintiff *(name)* _____.

■   other: the plaintiff, Larry B. Jones, shall take nothing of the defendants, NFN Dr. Martinez; NFN Bowden; Victoria
Bourdon; NFN Mrs. Goodwin; Correct Care Recovery Solutions; Sharon Rice Brown, and this action is dismissed
without prejudice pursuant to FRCP 41.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, dismissing the case without
prejudice.

Date:   January 19, 2016                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                            s/M. Walker
                                            _____
                                              *Signature of Clerk or Deputy Clerk*